# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Case No. 11-cr-00358-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY PAUL BREAUX,

    Defendant.

---

## PRELIMINARY ORDER OF FORFEITURE

---

This matter is before the Court on the United States' Motion for Preliminary Order of Forfeiture. The Court having read said Motion and being fully advised in the premises, FINDS:

THAT the United States and Defendant Anthony Paul Breaux entered into a Plea Agreement and Statement of Facts Relevant to Sentencing, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 982(a)(1), and Rule 32.2 of the Federal Rules of Criminal Procedure;

THAT prior to the disposition of the assets, the United States is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT Defendant Anthony Paul Breaux's interest in the following:

a. A money judgment in the amount of $3,417,376.27, representing the amount of proceeds obtained by the defendant, less the amount of proceeds forfeited as a result of directly traceable assets identified below;

b. Real property located at 333 33½ Road, Palisade, Colorado;

c. $506,893.12 in U.S. Currency seized pursuant to Civil Seizure Warrant No. 11-mc-0071;

d. $49,411.50 in U.S. Currency seized pursuant to Civil Seizure Warrant No. 11-mc-0074;

e. $15,378.77 in U.S. Currency seized pursuant to Civil Seizure Warrant No.11-mc-0073;

f. $12,334.36 in U.S. Currency seized pursuant to Civil Seizure Warrant No. 11-mc-0079;

g. $10,000.00 in U.S. Currency seized pursuant to Civil Seizure Warrant No. 11-mc-0076;

h. One 2010 Nissan GT-R Premium, VIN JN1AR5EF0AM231093 seized pursuant to Civil Seizure Warrant No. 11-mc-0078;

i. One 2010 GMC Sierra, VIN 3GTRKXE29AG202983 seized pursuant to Civil Seizure Warrant No. 11-mc-0077;

j. One 2007 Sierra pickup truck, VIN 1GTEK19JX7Z618062;

k. One 2011 KZ Spree 318BHS travel trailer, VIN 4EZTP3123B8062733;

l. $6,169.02 U.S. Currency from United Services Automobile Association account no. 11803359;

m. 3 ounces of gold;

n. Approximately 110 ounces of silver coins; and

o. $166,839.62 in United States Currency,

is forfeited to the United States in accordance with 18 U.S.C. § 982(a)(1). Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the United States Marshal, or its designated sub-custodian, is directed to seize the property subject to forfeiture, and further to make your return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for thirty consecutive days;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(1), and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.

SO ORDERED this __26th__ day of January, 2012.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge